UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WALTER MICHAEL KOBYLARZ JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00118 |
| | § | |
| NANCY A BERRYHILL, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

On April 20, 2018, United States Magistrate Judge B. Janice Ellington issued her "Memorandum and Recommendation" (D.E. 21), recommending that Plaintiff's Motion for Attorney's Fees (D.E. 19) be granted. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 21), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's Motion for Attorney's Fees (D.E. 19) is **GRANTED** and Plaintiff is hereby awarded attorney's fees in the amount of $3,594.61. In addition, Plaintiff is awarded costs in the amount of $400.00. In total, Plaintiff is awarded $3,994.61 in attorney's fees and costs. Payment of EAJA fees and costs should be made payable to Plaintiff and mailed "in care of" Plaintiff's attorney to the attorney's office.

ORDERED this 8th day of May, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE